IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EVERETT WAYNE SCRUGGS, ) | |
| ) | Case No. 4:08CV00005 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANVILLE REGIONAL MEDICAL ) | |
| CENTER OF VIRGINIA, L.L.C., ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

Before me is Defendant's *Motion to Dismiss*. For the reasons given in the accompanying *Memorandum Opinion*, Defendant's *Motion to Dismiss* is **DENIED**.

The Clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 5th day of September, 2008.

s/Jackson L. Kiser
Senior United States District Judge